LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
EMPRESS HOLDING LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMPRESS HOLDING LIMITED,                    ECF CASE

                    Plaintiff,

- against -                                 08 Civ. 7135 (HB)

CLEVELAND POTASH LTD.,

                    Defendant.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner with the firm of Lyons & Flood, LLP, attorneys for plaintiff EMPRESS HOLDING LIMITED, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: August 11, 2008

                                      LYONS & FLOOD, LLP
                                      Attorneys for Plaintiff
                                      EMPRESS HOLDING LIMITED

                    By:   /s/ Kirk M. Lyons
                            Kirk M. Lyons
                            65 West 36th Street, 7th Floor
                            New York, New York 10018
                            (212) 594-2400